1  Heather N. Fugitt (State Bar No. 261588)
   hfugitt@jonesday.com
2  JONES DAY
   Silicon Valley Office
3  1755 Embarcadero Road
   Palo Alto, CA  94303
4  Telephone:    +1.650.739.3939
   Facsimile:    +1.650.739.3900
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION SOLUTIONS, INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADELINE RICE, | Case No. 4:16-cv-06349-KAW |
| Plaintiff, | Assigned to:  Judge Kandis A. Westmore |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; ET AL., | |
| Defendants. | |

On November 1, 2016, Plaintiff Madeline Rice ("Rice"), filed a Complaint in this action, one of many Complaints filed by Plaintiff's counsel on the same day.  Given the number of Complaints requiring a response from Experian at the same time, and in accordance with Local Rule 6-1(a), Rice and Experian have agreed to an extension for Experian to answer or otherwise respond to the Complaint to January 24, 2017.  To the extent that Experian files a motion to dismiss in this case, for the same considerations, Experian agrees that Plaintiff shall have 30 days to respond.  Experian will thereupon have 21 days for any reply.

Accordingly, IT IS HEREBY STIPULATED by and between Rice and Experian, that the deadline for Experian to answer or otherwise respond to the Complaint is extended until January 24, 2017, Plaintiff's deadline to respond to any motion to dismiss is extended to 30 days

NAI-1502265181v1

JOINT STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT
Case No. 4:16-cv-06349-KAW

1  from filing, and Experian's deadline to reply in support of a motion to dismiss is extended to 21

2  days from filing the opposition.

3

4  Dated:  November 23, 2016            /s/ Elliot W. Gale
                                        Elliot W. Gale (SBN 263326)
5                                       SAGARIA LAW, P.C.
                                        2033 Gateway Place, 5th Floor
6                                       San Jose, CA 95110
                                        Tele.:  (408) 279-2288
7                                       Fax:    (408) 279-2299
                                        Email:  egale@sagarialaw.com
8
                                        Attorneys for Plaintiff
9                                       Madeline Rice

10

11 Dated:  November 23, 2016            /s/ Heather N. Fugitt
                                        Heather N. Fugitt (State Bar No.261588)
12                                      JONES DAY
                                        1755 Embarcadero Road
13                                      Palo Alto, CA  94303
                                        Tele.:  (650) 739-3939
14                                      Fax:    (650) 739-3900
                                        Email:  hfugitt@jonesday.com
15

16                                      Attorneys for Defendant
                                        Experian Information Solutions, Inc.
17

18                              **ECF CERTIFICATION**

19      I, Heather N. Fugitt, hereby attest pursuant to N.D. Cal. General Order No. 45 that the

20 concurrence to the filing of this document has been obtained from each signatory hereto.

21      Executed this 23rd day of November, 2016, at Palo Alto, California.

22

23                                      /s/ Heather N. Fugitt
                                        Heather N. Fugitt (State Bar No. 261588)
                                        JONES DAY
24                                      1755 Embarcadero Road
                                        Palo Alto, CA  94303
25                                      Tele.:  (650) 739-3939
                                        Fax:    (650) 739-3900
26                                      Email:  hfugitt@jonesday.com

27                                      Attorneys for Defendant
                                        Experian Information Solutions, Inc.
28

1

**[PROPOSED] ORDER**

2   The Court, having considered the parties' Joint Stipulation for Extension of Time to

3   Respond to the Complaint, hereby Extend Experian Information Solutions, Inc. deadline to

4   answer or otherwise respond to the Complaint to January 24, 2017.

5   **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

6

7   DATED: _____11/28/16_____

8   _____

9   The Honorable Kandis A. Westmore
    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28