1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
   JOE ANGELO (SBN 268542)
2  **SAGARIA LAW, P.C.**
   2033 Gateway Place, 6th Floor
3  San Jose, CA 95110
   408-279-2288 ph: 408-279-2299 fax
4
   Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| MADELINE RICE, | Case No.: 4:16-CV-06349-KAW |
|---|---|
| Plaintiff, | NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX, INC. |
| v. | |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** plaintiff Madeline Rice and defendant Equifax, Inc. by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties believe the settlement will be finalized within 30 days.

Dated:   January 2, 2017

                                                                **Sagaria Law, P.C.**
                                                                /s/ *Elliot Gale*
                                                                Elliot Gale
                                                                Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1