Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
Egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd. Ste. 100
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Madeline Rice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| MADELINE RICE,<br><br>                Plaintiff,<br><br>        vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>                Defendants. | Federal Case No.: 4:16-CV-06349-JSW<br><br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

        IT IS HEREBY STIPULATED by and between plaintiff Madeline Rice and defendant Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

DATED:  May 24, 2017                    Sagaria Law, P.C.

                                        By:      /s/ Elliot W. Gale
                                                     Elliot W. Gale
                                        Attorneys for Plaintiff
                                        Madeline Rice


DATED:  May 24, 2017                    Nokes & Quinn



                                        By:      /s/ Thomas P. Quinn, Jr.
                                                     Thomas P. Quinn, Jr.
                                        Attorneys for Defendant
                                        Equifax, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

/s/ Elliot Gale


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED: May 25, 2017            _____
                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE