SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Madeline Rice

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MADELINE RICE, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 4:16-CV-06349-JSW <br><br> STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER AS MODIFED HEREIN |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Madeline Rice and defendant Experian Information Solutions, Inc., ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER - 1

DATED:  September 7, 2017          Sagaria Law, P.C.

                                    By:  */s/ Elliot W. Gale*
                                              Elliot W. Gale
                                    Attorneys for Plaintiff
                                    Madline Rice

DATED:  September 7, 2017          Jones Day

                                    By:   */s/ Celia M. Jackson*
                                              Celia M. Jackson
                                    Attorneys for Defendant
                                    Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

*/s/ Elliot Gale*

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs. All parties have now been dismissed, and the Clerk shall close this file.

IT IS SO ORDERED.

DATED: September 11, 2017          _____
                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; ~~PROPOSED~~ ORDER - 2